UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 08526
  MICHAEL P CIZEK
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
  SSN XXX-XX-0304

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 04/08/2008 and was not confirmed.

    The case was dismissed without confirmation 07/07/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORTGAG | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | MORTGAGE ARRE | 27808.94 | .00 | .00 |
| BANK ONE CARD SVS | UNSECURED | NOT FILED | .00 | .00 |
| DAIMLERCHRYSLER FINANCIA | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL SERVICES | UNSECURED | 1167.81 | .00 | .00 |
| FIRST USA BANK ^ | UNSECURED | NOT FILED | .00 | .00 |
| FIRST USA BANK ^ | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 671.92 | .00 | .00 |
| RMI/MCSI | UNSECURED | 400.00 | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| DAIMLERCHRYSLER FINANCIA | SECURED VEHIC | 16014.59 | .00 | .00 |
| DAIMLERCHRYSLER FINANCIA | NOTICE ONLY | NOT FILED | .00 | .00 |
| IL STATE DISBURSEMENT UN | DSO ARREARS | NOT FILED | .00 | .00 |
| IL STATE DISBURSEMENT UN | DSO ARREARS | NOT FILED | .00 | .00 |
| BENNIE W FERNANDEZ | DEBTOR ATTY | 2,873.00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                    ---------------    ---------------
TOTALS                       .00                 .00


                    PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 08 B 08526 MICHAEL P CIZEK

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 10/23/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE